Homer D. CAMPBELL and William W. Campbell v. UNITED STATES of America.

No. 2227.

Circuit Court of Appeals, Tenth Circuit.

March 24, 1941.

Fairlamb & Fairlamb, of Delta, Colo., for appellants.

Thomas J. Morrissey, U. S. Atty., of Denver, Colo., for appellee.

Before PHILLIPS and LEWIS, Circuit Judges.

PER CURIAM.

Cause reversed and remanded per stipulation.

CHIN FUN, Alias Chin Po, v. George J. HARRIS, District Director, Immigration and Naturalization Service, United States Department of Labor, and Ted Morrow, Sheriff of Leavenworth County, Kansas.

No. 2332.

Circuit Court of Appeals, Tenth Circuit.

June 25, 1941.

Charles Orr, of Kansas City, Mo., for appellant.

Homer Davis, Asst. U. S. Atty., of Topeka, Kan., for appellees.

Before PHILLIPS, HUXMAN, and MURRAH, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellees, at the costs of appellant, for failure diligently to prosecute.

The DENVER–GREELEY VALLEY IRRIGATION DISTRICT et al. v. John McNEIL et al.

No. 2329.

Circuit Court of Appeals, Tenth Circuit.

June 26, 1941.

David J. Miller, of Greeley, Colo., for appellants.

Albert J. Vogl, of Denver, Colo., for appellees.

Before HUXMAN and MURRAH, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellees.

Jessie E. MOORE v. Honorable F. E. KENNAMER, Judge of the United States District Court for the Northern District of Oklahoma.

No. 2315.

Circuit Court of Appeals, Tenth Circuit.

May 16, 1941.

No one for petitioner.

No one for respondent.

Before PHILLIPS, HUXMAN and MURRAH, Circuit Judges.

PER CURIAM.

Petition for writ of mandamus dismissed under authority of Ex parte Morgan, 114 U.S. 174, 5 S.Ct. 825, 29 L.Ed. 135.